**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  18-cv-02243-LTB-NYW

WILLIAM NORRIS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER (through its Board, the Regents of the University of Colorado, a body corporate), and
PHILIP P. DISTEFANO,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    This minute order will confirm that this matter is set for trial to a jury for seven (7) days commencing **October 19, 2020 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  A trial preparation conference is set **September 11, 2020 at 9:00 a.m.**

Dated:  July 10, 2019

_____