**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2018-cv-02243-LTB-NYW

WILLIAM NORRIS,

Plaintiff,

v.

THE UNIVERSITY OF COLORADO, BOULDER
through its Board, The Regents of the University
of Colorado, a body corporate, and
PHILIP P. DISTEFANO,

Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff and Defendants ("Parties") submit the following Stipulated Motion to Dismiss with Prejudice.

The Parties have resolved and settled all issues between them and as a part of their agreement, stipulate that this lawsuit, including all claims, be dismissed with prejudice.

Each party is to bear its own fees, costs, and expenses.

WHEREFORE, the Parties respectfully request that this action and all claims herein be dismissed with prejudice.

Respectfully submitted this day of February 14, 2020.

Attorney for Defendants:
*s/ Erica Weston*
Erica Weston
Senior Associate University Counsel
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Erica.Weston@cu.edu

Attorneys for Plaintiff:
*s/ Andrew T. Miltenberg*
Andrew T. Miltenberg
Kara L. Gorycki
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com
kgorycki@nmllplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Andrew T. Miltenberg
Kara L. Gorycki
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com
kgorycki@nmllplaw.com

Lara Elizabeth Baker
John Chanin
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209
lmarks@fostergraham.com
jchanin@fostergraham.com

*s/ Laura Isacco*
Laura Isacco, Legal Assistant