## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Action No. 18-cv-02243-LTB-NYW

WILLIAM NORRIS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER
(through its Board, the Regents of the University of Boulder, a body corporate), and
PHILIP P. DISTEFANO,

    Defendants.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 34 - filed February 14, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                         BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:  February 18, 2020